FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2019 MAR 28 A 8:58

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 1:19-mj- 145 |
| | ) | |
| GARY W. SAVOY, JR., | ) | Initial Appearance: April 1, 2019 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

THE COUNT - (Misdemeanor –7087855/EV-17)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 17, 2019 at Fort Myer, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant GARY W. SAVOY, JR. did unlawfully drive in such a manner as to endanger the life, limb, or property of any person.

(In violation of Title 18 United States Code Section 13, assimilating Section 46.2-852, Virginia State Code, as amended.)

Respectfully submitted,
G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
Evan Clark
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703)-299-3706
Fax: (703)-299-3980
Email: evan.clark@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information will be sent to the defendant GARY W. SAVOY, JR. at 9010 Ardmore Road, Springdale, MD 20774 on March 28, 2019.

By: _____
Evan Clark
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703)-299-3706
Fax: (703)-299-3980
Email: evan.clark@usdoj.gov